No. 572, Misc. MARINACCIO *v.* NEW YORK. Appellate Division of the Supreme Court of New York, First Judicial Department. Certiorari denied.

No. 574, Misc. LEWIS *v.* NEW YORK. Appellate Division of the Supreme Court of New York, Second Judicial Department. Certiorari denied.

No. 585, Misc. MORGAN *v.* NEW YORK. Appellate Division of the Supreme Court of New York, Third Judicial Department. Certiorari denied.

No. 534, Misc. LEMPIA *v.* CALIFORNIA. District Court of Appeal of California, Second Appellate District. Certiorari denied.

No. 720. HULSE *v.* UNITED STATES. Court of Claims. Certiorari denied. *Fred W. Shields* and *John W. Gaskins* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub* and *Samuel D. Slade* for the United States.

No. 721. CONLIN *v.* UNITED STATES. Court of Claims. Certiorari denied. *Lewis Landes* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub* and *Samuel D. Slade* for the United States.

No. 745. SNIDER *v.* VIRGINIA. Supreme Court of Appeals of Virginia. Certiorari denied. *O. P. Easterwood, Jr.* for petitioner. *J. Lindsay Almond, Jr.,* Attorney General of Virginia, and *C. F. Hicks,* Assistant Attorney General, for respondent.